# United States Bankruptcy Court
### District of South Carolina

In re  **Brandon John Huseby**                                                    Case No.  **19-01551**

                              Debtor(s)                                                              Chapter  **13**

## Payment Increase Stipulation

The above-referenced debtor(s) file this stipulation after consultation with the chapter 13 trustee.

The parties agree that the plan payments must be increased for the following reason:

   __ A claim or claims has/have been filed in an amount higher than the scheduled amount.

   __ To cover non-exempt equity in assets. This stipulation is occurring (please select one): Preconfirmation Post-confirmation

   _X_ To cover total disposable income. This stipulation is occurring (please select one): Preconfirmation Post-confirmation

   __ Other (describe): _

   The plan payments and/or length of plan, as set forth in Section 2.1 of the plan filed  April 3, 2019 are hereby adjusted to $ 1850.00 per month for  4_ months followed by $ 2100.00 per month for 56 months .

   This stipulation does not bar the chapter 13 trustee and debtors from stipulating to a further change should one be necessary; nor does it affect the debtors' other obligations required under said plan.

   The chapter 13 trustee, debtor, and the attorney for the debtor, if any, must sign below.


Date  **July  9, 2019**                              Signature  **/s/ Brandon John Huseby**
                                                                                  **Brandon John Huseby**
                                                                                  Debtor

Attorney  **/s/ Benjamin R. Matthews**
                **Benjamin R. Matthews 3332**

I consent:

*/s/Katherine Rea*
Katherine Rea
Staff Attorney
Pamela Simmons-Beasley,
Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210
(803) 779 - 5180 ext. 31
www.ch13trustee.net